UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 96-cr-00084-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. Sandra J. Westphal,

      Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that a 5-day jury trial is set for **Monday, March 2, 2009, at 9:00 a.m.**

**in courtroom A-1002.**

      Dated: January 6, 2009

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge