UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 96-cr-00084-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. Sandra J. Westphal,

     Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant [doc. #109, filed December 31, 2008]. The Court having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED that the Government's Motion to Disclose Grand Jury Material to Defendant [doc. #109, filed December 31, 2008] is **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(C)(i), the Government may disclose grand jury materials to defense counsel. It is

FURTHER ORDERED that the grand jury materials are subject to the following protective order. Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery. Defense counsel shall also deliver a copy of this order with materials. No person, other than defense counsel, shall

make any copy of these materials for any purpose whatsoever. At the conclusion of the case, counsel shall, within ten days of entry of the Court's judgment, collect all copies and return them to the Government.

Dated: January 7, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge