IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANDRA J. WESTPHAL, a/k/a SANDRA J. WESTPHAL-QUINTIN,
a/k/a SANDRA QUINTIN,

    Defendant.

---

## MOTION TO DETERMINE MENTAL COMPETENCY OF DEFENDANT
---

**COMES NOW**, the Defendant, Sandra J. Westphal, by and through her Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby moves this Court for a determination of mental capacity to stand trial, and as grounds therefore, states and alleges as follows:

1. This motion is being brought pursuant to 18 U.S.C. § 4241, *et seq.* to determine the mental competency of the Defendant to participate in her defense and to stand trial.

2. The Defendant believes that there is reasonable cause to believe that her mental capacity to understand these proceedings and to assist her attorney throughout these proceedings has been compromised as a result of an automobile accident that occurred sometime subsequent to the commencement of these proceedings, approximately 12 to 13 years ago, while the Defendant was residing in Canada.

3. Upon information and belief, the Defendant was traveling approximately 60 miles per hour in a Volkswagen motor vehicle when she crossed five (5) lanes of highway and drove straight into a tractor trailer at approximately 60 miles per hour.

4. The government has acknowledged that the Defendant has undergone several mental health examinations as contained in the government's Motion to Declare Case Complex, Exhibit 1, dated August 11, 2008, an opinion of the Honorable Rob Nicholson, Minister of Justice and Attorney General of Canada, and also as contained in paragraph 9 of the government's Motion to Declare Case Complex.

5. The government sated that they believed that they had no standing in which to object to said motion and if so, the government does not have an objection to the Defendant undergoing a mental status/psychological/neuropsychological examination.

6. The Defendant further requests that pursuant to 18 U.S.C. § 4241(b), she not only undergo a psychiatric and/or psychological and/or neuropsychological examination, but that the report be filed with the Court under seal pursuant to 18 U.S.C. § 4247(b) and (c). The Defendant reserves the right to file a motion for an independent court appointed expert or experts to perform their own psychiatric/psychological/neuropsychological examinations.

**WHEREFORE,** the Defendant requests that Court order that the Defendant undergo the appropriate psychiatric/psychological/neuropsychological examinations for the reasons stated.

Respectfully submitted this 9th day of January, 2009.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

Jeffrey R. Edelman, # 7413
18801 East Mainstreet, Suite 290
Parker, Colorado 80134
[720] 851-8440
[720] 851-5874 [fax]
Email: jredel@earthlink.net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing Motion to Determine Mental Competency of Defendant were electronically filed with the Clerk of the Court and served electronically using the CM/ECF system, on this 9th day of January, 2009, and addressed to the following:

Robert Brown, Esq.
Assistant United States Attorney
United States Attorney's Office
1225 – 17th Street, Suite 700
Denver, Colorado 80202
*email: Robert.brown5@usdoj.gov*

s/ Julie M. Mesaros

Julie M. Mesaros, Paralegal