IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                          CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | March 5, 2009 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **96-cr-00084-WYD**               Counsel:

UNITED STATES OF AMERICA,                           Robert M. Brown

      Plaintiff,

v.

**1. SANDRA J. WESTPHAL, a/k/a Sandra**              Jeffrey R. Edelman
**J. Westphal-Quintin, a/k/a Sandra**
**Quintin**,

      Defendant.


## COURTROOM MINUTES

**HEARING ON PENDING MOTIONS**

**3:20 p.m.**     Court in Session - Defendant present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Defendant's Motion to Determine Mental Competency of Defendant [doc. #117],
              filed January 9, 2009, is raised for argument.

3:23 p.m.         Argument by Defendant (Mr. Edelman).

3:26 p.m.         Argument by Government (Mr. Brown).

| | |
|---|---|
| 3:32 p.m. | Argument by Defendant (Mr. Edelman). |
| 3:33 p.m. | Argument by Government (Mr. Brown). |
| **ORDERED:** | Defendant's Motion to Determine Mental Competency of Defendant [doc. #117], filed January 9, 2009, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Counsel shall submit a proposed order, regarding placement of defendant at a specific Federal Medical Center for a competency evaluation, not later than **Friday, March 13, 2009.** |
| **ORDERED:** | Government's Motion to Declare Case Complex and to Exclude 240 Days from the Speedy Trial Limitations [doc. #112], filed January 5, 2009, is **HELD IN ABEYANCE.** |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **3:37 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:17**