UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SANDRA J. WESTPHAL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A competency hearing is set for **Tuesday, January 5, 2010 at 9:30 a.m. in Courtroom A1002.**

    Dated: September 3, 2009