UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00084-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SANDRA J. WESTPHAL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with a criminal trial, the Status Conference set for Monday, January 25, 2010 at 11:00 a.m. is **VACATED** and **RESET** to **Friday, January 29, 2010, at 3:00 p.m.**

    Dated:  January 21, 2010